UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HILARIO PEREZ, III,
and others similarly situated,

6-07-CV-1792-ORL-28DAB

Plaintiffs,
vs.

CASE NO.
**COLLECTIVE ACTION**

AVATAR HOLDINGS, INC.,

Defendant,
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, HILARIO PEREZ, III, and others similarly situated (hereinafter referred to as the "Plaintiffs"), by and through their undersigned counsel, hereby sues the Defendant, AVATAR HOLDIGNS, INC., (hereinafter referred to as the "Defendant"), and state as follows:

### INTRODUCTION

1. This is a collective action by Plaintiff, and others similarly situated, against their employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et seq*. Plaintiffs seek damages for unpaid overtime, liquidated damages, a reasonable attorney's fee and costs.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et. seq*. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

### VENUE

3. The venue of this Court over this controversy is proper based upon the claims arising in Orange and Osceola County, Florida.

## THE PARTIES

4. Plaintiffs were at all times material, employed by Defendant, AVATAR HOLDIGNS, INC., a Florida corporation.

5. Defendant, AVATAR HOLDIGNS, INC., is in the business of residential construction in the State of Florida. Defendant, AVATAR HOLDIGNS, INC., is an employer as defined by 29 U.S.C. § 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the facility where Plaintiffs are employed.

6. Plaintiffs were employees of Defendant, AVATAR HOLDIGNS, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. § 206(a) and 207(a)(1).

7. Alternatively, Defendant, AVATAR HOLDIGNS, INC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. § 203(s) (1).

8. Plaintiffs have retained the Pantas Law Firm to represent them in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

## VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

9. Plaintiffs re-allege and incorporate herein the allegations contained in paragraphs 1 through 8 above.

10. Throughout the employment of Plaintiffs, the Defendant repeatedly and willfully violated § 7 and § 15 of the Fair Labor Standards Act by failing to compensate Plaintiffs at a rate not less than one and one-half times the regular rate at which they were employed for workweeks longer than forty (40) hours. Specifically, Plaintiffs have worked numerous weeks in excess of forty (40) hours a week, yet have not been compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which they are employed.

11. Throughout the employment of Plaintiffs, Defendant, AVATAR HOLDIGNS, INC., repeatedly and willfully violated § 7 and § 15 of the Fair Labor Standards Act by failing to compensate Plaintiffs at a rate not less than one and one-half times the regular rate at which they were employed for workweeks longer than forty (40) hours. Specifically, Plaintiffs have worked numerous weeks in excess of forty (40) hours a week, yet have not been compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which they are employed.

12. Plaintiffs are not exempt from the overtime provisions of the FLSA.

13. In addition to the named Plaintiffs, numerous employees and former employees of Defendant, AVATAR HOLDIGNS, INC., are similarly situated to the Plaintiffs in that they have been denied overtime compensation while employed by Defendant.

14. Defendant, AVATAR HOLDIGNS, INC.'s policy of not paying its employees overtime in violation of the FLSA is both unlawful and company-wide and each non-exempt employee employed by Defendant during the three years prior to the filing of this action have been deprived of overtime, similarly to the Plaintiffs.

15. Plaintiffs are representatives of these other employees and are acting on behalf of their interests as well as Plaintiffs' own interests in bringing this action.

16. Those similarly situated employees are known to Defendant, AVATAR HOLDIGNS, INC., and are readily identifiable and locatable through Defendant, AVATAR HOLDIGNS, INC.'s records.

17. Those similarly situated employees should be notified of this action and allowed to opt into this action pursuant to 29 U.S.C. §216(b).

18. Unless notice is issued, persons similarly situated to Plaintiffs, who have

unlawfully deprived of overtime compensation in violation of FLSA, will be unable to secure compensation to which they are entitled, and which has been unlawfully withheld from them by Defendant, AVATAR HOLDIGNS, INC.

WHEREFORE, Plaintiff, and all others similarly situated who join in this action pray for this Court:

(a) To authorize the issuance of a notice at the earliest possible time to all AVATAR HOLDIGNS, INC.'s employees who currently hold or who held positions as "customer care representatives" during the three (3) year period of time preceding the filing of this action, informing them that this action has been filed and the nature of the action, and of their right to opt-into this lawsuit if they worked for AVATAR HOLDIGNS, INC., during the liability period, but were not paid overtime wages as required by the FLSA;

(b) To declare that AVATAR HOLDIGNS, INC., has violated the overtime wages provisions of the FLSA, 29 U.S.C. § 206, as to Plaintiffs and persons similarly situated;

(c) To declare that AVATAR HOLDIGNS, INC., violations of the FLSA were willful;

(d) To award Plaintiff, and other similarly situated employees and former employees of AVATAR HOLDIGNS, INC., damages for the amount of unpaid overtime wages due to them, subject to proof at trial;

(e) To award Plaintiffs, and other similarly situated employees and former employees of AVATAR HOLDIGNS, INC., an additional amount equal to

        the unpaid overtime wages found to be due and owing as liquidated damages; if liquidated damages are not awarded, then in the alternative, prejudgment interest;

(f)     To make the same declarations and awards as prayed for in ¶¶ (a)-(f) above as to all persons who opt into this action pursuant to 29 U.S.C. § 216(b);

(g)     To award Plaintiffs, and other similarly situated employees and former employees of AVATAR HOLDIGNS, INC., a reasonable attorneys' fee and costs pursuant to 29 U.S.C. § 216(b); and,

(h)     Such other relief as the Court deems just and equitable.

WEREFORE, Plaintiffs request judgment against the Defendant, AVATAR HOLDINGS, INC. for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, along with a contingency fee multiplier, and such other and further relief as the court may deem proper.

## JURY TRIAL DEMAND

Plaintiffs demand a jury trial on all issues so triable.

Respectfully submitted,

Dated: May 08, 2007

_____
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS:
HILARIO PEREZ, III,
and others similarly situated,

**(b)** County of Residence of Plaintiff  OSCEOLA COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

K.E. Pantas (0978124)
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
(407) 425-5775    (Fax) (407) 425-2778

## DEFENDANTS:
AVATAR HOLDINGS, INC.,

County of Residence of Defendant  MIAMI-DADE COUNTY
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefit
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury—Med Malpractice
- ☐ 365 Personal Injury—Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth In Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☒ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agriculture Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
29 U.S.C. Section 201

Brief description of cause:
FAIR LABOR STANDARDS ACT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY:
(See Instructions)   JUDGE _____   DOCKET NUMBER _____

DATE: 05/08/2007
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____