# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HILARIO PEREZ, III AND OTHERS
SIMILARLY SITUATED,

                         **Plaintiffs,**

-vs-                                                    **Case No.  6:07-cv-792-Orl-28DAB**

AVATAR PROPERTIES,  INC.,

                         **Defendant.**
_____

## ORDER

This case is before the Court on Joint Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice of Opt-In Right Pursuant to 29 U.S.C. Section 216(b) (Doc. No. 47) filed June 23, 2008.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, consideration of Plaintiff's objections (Doc. 52),and argument of counsel at the hearing on October 30, 2008, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed July 25, 2008 (Doc. No. 50) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice of Opt-In Rights Pursuant to 29 U.S.C. § 216(b) is **DENIED**.

3.      The parties now have three options: 1) submit the settlement for approval as to the named Plaintiff only; 2) abandon the settlement and continue to litigate the merits as to the named Plaintiff only; or 3) abandon the settlement and proceed collectively, as a contested collective action.

4.      The Amended Joint Motion to Stay Proceedings (Doc. 62) is **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party