# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HILARIO PEREZ, III AND OTHERS
SIMILARLY SITUATED,

        Plaintiffs,

-vs-                              Case No. 6:07-cv-792-Orl-28DAB

AVATAR PROPERTIES, INC.,

        Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 67) filed January 26, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 17, 2009 (Doc. No. 70) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement (Doc. No. 67) is **GRANTED in part**. The Settlement is approved only to the extent that the Court approves Plaintiff's compensation with respect to the Fair Labor Standards Act wage claim of Plaintiff.

    3.    This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of April, 2009.

/s/ John Antoon II
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party